STATE OF MAINE                                    SUPERIOR COURT
                                                   CIVIL ACTION
YORK, ss.                                          DOCKET NO. AP-03-015

THOMAS F. McCARTHY,
Individually and as Trustee of the
Valeska Family Trust and Valeska
Realty Trust,

                Plaintiff
                                                    ORDERS ON
        v.                                      PENDING MOTIONS

THE INHABITANTS OF THE
TOWN OF KENNEBUNKPORT,                          DONALD L.
                                                    LAW
                Defendant

                                                    JAN 30 2004

        Thomas McCarthy, individually and as trustee of the Valeska Family Trust and

the Valeska Realty Trust, has brought a first amended complaint against the Town of

Kennebunkport. Following an order on an earlier motion to dismiss, only Counts I,

pursuant to Rule 80B, M.R.Civ.P. and III, a claim of trespass, remains. The town has

filed a motion to dismiss, a motion for partial summary and a motion to strike the

plaintiff's affidavit.

        The motion to dismiss seeks to dismiss the claims of Mr. McCarthy as trustee as

the trusts must be represented by a Maine licensed counsel, Mr. McCarthy is not

licensed in Maine and as Mr. McCarthy cannot represent a separate entity in a *pro se*

capacity. Trusts, like estates, see *State v. Simanonok*, 539 A.2d 211, 12-3 (Me. 1988), or

corporations are entities separate from the people who administer them. The portion of

the complaints brought by Mr. McCarthy, as trustee, must be dismissed. There are no

statutory exceptions for non-Maine lawyer trustees to represent trusts. See 4 M.R.S.A.

§807.

The second motion is a motion for partial summary judgment against Mr. McCarthy individually and as trustee of the Valeska Realty Trust. Since the claim of the Valeska Realty Trust has been dismissed, only the claim of Mr. McCarthy individually will be examined. The town's motion is granted as Mr. McCarthy has failed to comply with the requirements of Rule 56 in that an opposing statement of material facts was not submitted, his affidavit was late and the form of the affidavit was deficient.

The final motion need not be addressed.

The entry is:

Motion to dismiss the claims of Thomas McCarthy as trustee of the Valeska Family Trust and as Trustee of the Valeska Realty Trust is granted.

Motion for partial summary judgment is granted in part. Judgment for the defendant on the claims of Thomas McCarthy individually.

Dated:      January 23, 2004

Thomas F. McCarthy - PL - prose
Sean T. McCarthy, Esq. - PL - pro hac vice
Melissa A. Hewey, Esq. - DEF

Paul A. Fritzsche
Justice, Superior Court

2